**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **PONCIANO VIDALES-RIVERA,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN, DIAMONDBACK CORRECTIONAL FACILITY,**<br><br>**Respondent.** | ) | **Case No. CIV-26-2458-G** |

---

| | | |
|---|---|---|
| **PONCIANO VIDALES-RIVERA,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN OF DIAMONDBACK CORRECTIONAL FACILITY et al.,**<br><br>**Respondents.** | ) | **Case No. CIV-26-2734-G** |

**ORDER**

Petitioner Ponciano Vidales-Rivera has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging Petitioner's detention by U.S. Immigration and Customs Enforcement, in both Case No. CIV-26-2458-G and Case No. CIV-26-2734-G.

Upon review, the Court finds that the two actions involve "common question[s] of law" and "fact." Fed. R. Civ. P. 42(a). The Court concludes that consolidation is appropriate and will not cause delay, confusion, or prejudice to the parties.

IT IS THEREFORE ORDERED:

(1) Case Nos. CIV-26-2458-G and CIV-26-2734-G are consolidated in their entirety

for all purposes.

(2) Both actions shall proceed together under Case No. CIV-26-2458-G. All future filings shall be made only in Case No. CIV-26-2458-G, unless otherwise ordered.

(3) The Court of Court is directed to enter this Order in Case Nos. CIV-26-2458-G and CIV-26-2734-G and is further directed to administratively close Case No. CIV-26-2734-G.

IT IS SO ORDERED this 13th day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge