**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **PONCIANO VIDALES-RIVERA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2458-G** |
| | ) | |
| **ROBERT CERNA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

# ORDER

The Court ORDERS Respondents to update the Court on the status of Petitioner's removal. If Respondents have removed Petitioner, they must provide the Court with the date of removal. Respondents shall provide this update to the Court on or before November 4, 2026.

Respondents are further ordered to confirm the identity and A-number of the person being removed. A search of the EOIR Automated Case Information website using the provided A-number returns information for an individual other than the Petitioner. *See* EOIR, Automated Case Information, https://acis.eoir.justice.gov/en/caseInformation (last visited Nov. 2, 2026).

**SO ORDERED** this 2nd day of November, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE